WALLACE MAYO, Appellant, *v.* SALLIE M. DAVIDGE et al., Respondents.

(Submitted October 16, 1890; decided October 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made the second Monday in February, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Henry Sanger Snow* for appellant.

*Francis C. Cantine* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.